IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT COURT OF FLORIDA

GERALDINE T. MALLARD,

    Plaintiff,

vs.                                  CASE NO.:_____

UNITED STATES OF AMERICA,

    Defendant.

_____/

## **COMPLAINT**

    Plaintiff, Geraldine T. Mallard, by and through her undersigned attorney, sues the Defendant, United States of America, and alleges:

    1.    This action arises under the Federal Tort Claims Act, 28 U.S.C. §1346(b) 2671-80, as hereinafter more fully appears.

    2.    At all times material hereto, Plaintiff, Geraldine T. Mallard, was the dependent wife of Elbert Mallard, Jr., who was a patient at the Veteran's Administration Clinic in Pensacola, Florida.

    3.    On or about December 27, 2016, Plaintiff and her husband were attending his scheduled appointment and were called back to be seated in JACC Room 1E207.  Mr. Mallard sat down in the only available 4-legged chair in the room and the nurse pushed a chair on wheels to Plaintiff for her to sit in.  As Ms. Mallard attempted to sit down in the rolling chair, the chair rolled backwards out from under the Plaintiff causing her to violently land on her lower back and tailbone on the hard floor.

4. The Veterans Administration Clinic negligently failed to provide adequate seating for its patients and family members, resulting in Plaintiff, Geraldine T. Mallard's, fall and subsequent injuries to her neck and back.

5. As a direct and proximate result of the negligence of Defendant's agents, Plaintiff, Geraldine T. Mallard has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

6. Pursuant to 28 USC §2675(a), the claims set forth herein were presented to the Department of Veterans Affairs on July 31, 2017. The Department of Veterans Affairs has not responded to the claims presented to it.

WHEREFORE, Plaintiff demands Judgment for damages in the amount of One Hundred Eighty Thousand and 00/100 Dollars ($180,000), and for such other and further relief as this Court deems proper.

*/S/Christopher Crawford*
CHRISTOPHER CRAWFORD
Florida Bar No.: 0087755
1 South A Street, Ste. 103
Pensacola, Florida 32502
(850) 432-7726 Telephone
(850) 226-5725 Facsimile
chris@bettercallchris.net
Attorney for Plaintiff